IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAMELA A. JORDON and CHUCK
JORDON,

    Plaintiffs,

v.

TRI-STATE INDUSTRIAL SUPPLY,
HANSEN & YOUNG AUCTIONEERS,
and GENERAL CASUALTY COMPANY
OF WISCONSIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-463-wmc

---

    This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Tri-State Industrial Supply, Hansen & Young Auctioneers, and General Casualty Company of Wisconsin and this case is dismissed.

Approved as to form this 5th day of September, 2012.

_____
William M. Conley, District Judge

_____        9/7/12
Peter Oppeneer, Clerk of Court           Date